IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SCHREINER UNIVERSITY, § § § Plaintiff, § § v. § § COMPASS GROUP USA, INC. DBA § CHARTWELLS, § § Defendant. § § § § § § | CIVIL ACTION NO. 5:24-cv-20 |

**DEFENDANT'S INDEX OF PROCESS, PLEADINGS, AND ORDERS ON FILE WITH STATE COURT**

Defendant Compass Group USA, Inc. d/b/a Chartwells ("Chartwells" or "Defendant") hereby files its Index of Process, Pleadings, and Orders on File with State Court and would respectfully show the following:

| Exhibit | Date Filed | Description of Document |
|---|---|---|
| A-1 | 2023-03-07 | Plaintiff's Original Petition |
| A-2 | 2023-03-09 | Plaintiff's First Amended Original Petition |
| A-3 | 2023-08-14 | Plaintiff's Second Amended Original Petition |
| A-4 | 2023-08-25 | Waiver of Service Pursuant to Texas Rule of Civil Procedure 119 |
| A-5 | 2023-08-25 | Waiver of Service Pursuant to Texas Rule of Civil Procedure 119 |
| A-6 | 2023-08-25 | Waiver of Service Pursuant to Texas Rule of Civil Procedure 119 |
| A-7 | 2023-08-25 | Waiver of Service Pursuant to Texas Rule of Civil Procedure 119 |
| A-8 | 2023-08-25 | Waiver of Service Pursuant to Texas Rule of Civil Procedure 119 |

| A-9 | 2023-08-25 | Waiver of Service Pursuant to Texas Rule of Civil Procedure 119 |
| --- | --- | --- |
| A-10 | 2023-12-07 | Order Granting Defendants' Partial Motion to Dismiss |

Dated: January 5, 2024

Respectfully submitted,

*/s/ Bradley A.Monk*
Bradley A. Monk
Texas Bar No. 24077502
Grant Schmidt
*Pro Hac Vice Forthcoming*
HILGERS GRABEN PLLC
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone:  469-289-2751
Facsimile: 402-413-1880
bmonk@hilgersgraben.com
gschmidt@hilgersgraben.com

AND

Michael Burns
*Pro Hac Vice Forthcoming*
HILGERS GRABEN PLLC
601 Pennsylvania Ave. NW.,
South Building, Suite 900
Washington, DC 20004
Telephone:
Dallas, Texas 75230
Telephone:  202-985-1664
Facsimile: 402-413-1880
mburns@hilgersgraben.com

*Attorneys for Defendant*

2

## **CERTIFICATE OF SERVICE**

On January 5, 2024, I hereby certify that I have served all counsel and/or pro se parties or record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Bradley A. Monk
Bradley A. Monk