# EXHIBIT A-8

Filed 8/25/2023 12:01 PM
Dawn Kay Lantz
District Clerk - Kerr County, TX
By: Karen Ploch, Deputy

CAUSE NO. 23144B

| | | |
|---|---|---|
| SCHREINER UNIVERSITY | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | |
| | § | 198TH JUDICIAL DISTRICT |
| COMPASS GROUP USA, INC. DBA | § | |
| CHARTWELLS, MARTINO ORTEGA, | § | |
| ELIZABETH LESSNER, DAVID | § | |
| ARCINIEGA, CARMEN OWENS, AND | § | KERR COUNTY, TEXAS |
| SHANNON MARIANI | § | |

## WAIVER OF SERVICE PURSUANT TO TEXAS RULE OF CIVIL PROCEDURE 119

On this day, Grant Schmidt, appeared in person before me today and stated under oath:

1. "I, Grant Schmidt, am an attorney at Hilgers Graben PLLC, and have been given authority by Defendant Shannon Mariani to accept service of process on behalf of Defendant Shannon Mariani in this lawsuit based on Defendant Shannon Mariani's agreement to waive service of process of this lawsuit.

2. I acknowledge that I have been provided a copy of the Second Amended Petition filed in this case on August 14, 2023.

3. This Waiver of Service is dated 8/23/23, which is after the filing of this lawsuit, which was initially filed on March 7, 2023.

Grant Schmidt
**Hilgers Graben PLLC**
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Tel. (469) 751-2819
*Attorney for Defendant Shannon Mariani*

SIGNED under oath before me on 8-23-23

Name of Notary Public, State of Texas

My Commission expires: 4-20-27



STEPHEN M. TKACH
Notary Public, State of Texas
My Comm. Exp. 04-20-2027
ID No. 13431847-9

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Carla Vela on behalf of Lynne Clarke
Bar No. 4316750
cvela@cr.law
Envelope ID: 78920901
Filing Code Description: No Fee Documents
Filing Description: WAIVER OF SERVICE PURSUANT TO TEXAS RULE OF CML PROCEDURE 119
Status as of 8/25/2023 3:16 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Carla Vela | | cvela@cr.law | 8/25/2023 12:01:09 PM | SENT |
| Aisha Khan | | akhan@cr.law | 8/25/2023 12:01:09 PM | SENT |
| Lynne Clarke | | lclarke@cr.law | 8/25/2023 12:01:09 PM | SENT |
| William HChamblee | | wchamblee@cr.law | 8/25/2023 12:01:09 PM | SENT |

Associated Case Party: SCHREINER UNIVERSITY

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Daniel Malone | | dan@danmalonepc.com | 8/25/2023 12:01:09 PM | SENT |

Copy from re:SearchTX