# EXHIBIT A-10

CAUSE NO. 23144B

| | | |
|---|---|---|
| SCHREINER UNIVERSITY, | § § § | |
| Plaintiff, | § | IN THE DISTRICT COURT |
| | § § | |
| v. | § | 198th JUDICIAL DISTRICT |
| | § § | |
| COMPASS GROUP USA, INC. DBA CHARTWELLS, MARTINO ORTEGA, ELIZABETH LESSNER, DAVID ARCINIEGA, CARMEN OWENS, AND SHANNON MARIANI, | § § § § § | KERR COUNTY, TEXAS |
| Defendants. | § § § | |

FILED 12/7 2023 @ 4:20 PM
DAWN KAY LANTZ
District Clerk, Kerr County, TX
By _____ Deputy

### [PROPOSED] ORDER GRANTING DEFENDANTS' PARTIAL MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED ORIGINAL PETITION

*(mpm)*

Before the Court is Defendants Compass Group USA, Inc. d/b/a Chartwells ("Chartwells"), Martino Ortega, Elizabeth Lessner, David Arciniega, Carmen Owens, and Shannon Mariani's (together with Chartwells, "Defendants") Partial Motion to Dismiss Plaintiff's Second Amended Original Petition ("Motion"). The Court, having considered the Motion and the parties' arguments related thereto, finds that the Motion should be and is hereby **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, and DECREED** that the following claims are dismissed with prejudice:

- ~~Claim B – Negligence and Gross Negligence Against Chartwells;~~ *(mpm)*
- Claim C – ~~Negligence and Gross Negligence Against Arciniega;~~ *(mpm)*
- ~~Claim D – Negligence and Gross Negligence Against Lessner, Mariani, Ortega, and Owens;~~ *(mpm)*
- Claim F – Negligence Misrepresentation Against All ~~Defendants;~~ INDIV. *(mpm)* and
- ~~Claim G – Tortious Interference with Business Relations against All~~ ~~Defendants~~ INDIV. DEFENDANTS *(mpm)*

ALL CLAIMS AGAINST MARTINO ORTEGA, ELIZABETH LESSNER, DAVID ARCINIEGA, CARMEN OWENS AND SHANNON MARIANI. *(mpm)*

Page 1

It is also **ORDERED** that Plaintiff pay the attorneys' fees Defendants expended in asserting this Motion ~~in the amount of~~ IS DENIED. (mom) ~~. These fees shall be paid directly to Defendants within one week of this Order.~~

SIGNED this __6TH__ day of __DEC__ 2023.

Hon. Judge. M. PATRICK MAGUIRE