# EXHIBIT B

# REGISTER OF ACTIONS
## CASE NO. 23144B

| | | | |
|---|---|---|---|
| Schreiner University vs. Compass Group USA,Inc. D/B/A Chartwells,Martino Ortega,Elizabeth Lessner,David Arciniega,Carmen Owens,and Shannon Mariani | § § § § § | Case Type: Date Filed: Location: | Other Civil Cases 03/07/2023 |

## PARTY INFORMATION

| | | | Attorneys |
|---|---|---|---|
| Defendant | Arciniega, David | | Grant K Schmidt |
| | 1902 W Houston ST San Antonio, TX 78207 | | Retained 469-751-2819(W) 402-413-1880(F) gschmidt@hilgersgraben.com |
| Defendant | Compass Group USA,iNC. d/b/a CHARTWELLS | | Grant K Schmidt |
| | Registered Agent,Corporation Service Company d/b/a CSC-Lawyers I 211 E.7th Street,Suite 620 Austin, TX 78701-3136 | | Retained 469-751-2819(W) 402-413-1880(F) gschmidt@hilgersgraben.com |
| Defendant | Lessner, Elizabeth | | Grant K Schmidt |
| | 13832 Paradise Valley DR Houston, TX 77069 | | Retained 469-751-2819(W) 402-413-1880(F) gschmidt@hilgersgraben.com |
| Defendant | Mariani, Shannon | | Grant K Schmidt |
| | 13151 County Rd 1125 Tyler, TX 75709 | | Retained 469-751-2819(W) 402-413-1880(F) gschmidt@hilgersgraben.com |
| Defendant | Ortega, Martino | | Grant K Schmidt |
| | 128 Green Meadows Boerne, TX 78006 | | Retained 469-751-2819(W) 402-413-1880(F) gschmidt@hilgersgraben.com |
| Defendant | Owens, Carmen | | Grant K Schmidt |
| | 5511 Pecan Springs San Antonio, TX 78249 | | Retained 469-751-2819(W) 402-413-1880(F) gschmidt@hilgersgraben.com |
| Plaintiff | SCHREINER UNIVERSITY | | Lynne P. Clarke |
| | 2100 MEMORIAL BLVD KERRVILLE, TX 78028 | | Retained 214-905-2003(W) 214-905-1213(F) wchamblee@cr.law |

## EVENTS & ORDERS OF THE COURT

| | OTHER EVENTS AND HEARINGS | |
|---|---|---|
| 03/07/2023 | Plaintiffs Original Petition | |
| 03/09/2023 | Citation | |
| |    Compass Group USA,iNC. d/b/a CHARTWELLS | Unserved |
| |    Ortega, Martino | Unserved |
| |    Lessner, Elizabeth | Unserved |
| |    Arciniega, David | Unserved |
| |    Owens, Carmen | Unserved |
| |    Mariani, Shannon | Unserved |
| 03/10/2023 | Amended Petition | |
| |    Plaintiff's First Amended Original Petition | |
| 03/10/2023 | Citation | |
| |    Compass Group USA,iNC. d/b/a CHARTWELLS | Unserved |
| |    Ortega, Martino | Unserved |
| |    Lessner, Elizabeth | Unserved |
| |    Arciniega, David | Unserved |
| |    Owens, Carmen | Unserved |
| |    Mariani, Shannon | Unserved |
| 06/07/2023 | Letter | |
| |    attorney Vacation Letter Lynne Clarke June 29 to July 4 2023 | |
| 08/14/2023 | Amended Petition | |
| |    PLaintiff's Second Amended Original Petition | |
| 08/25/2023 | Waiver | |
| |    Waiver of Service Pursuant to Texas Rule of Civil Procedure 119 - Grant Schmidt | |
| 08/25/2023 | Waiver | |
| |    Waiver of Service Pursuant to Texas Rule of Civil Procedure 119 - Grant Schmidt | |
| 08/25/2023 | Waiver | |
| |    Waiver of Service Pursuant to Texas Rule of Civil Procedure 119 - Grant Schmidt | |
| 08/25/2023 | Waiver | |
| |    Waiver of Service Pursuant to Texas Rule of Civil Procedure 119 - Grant Schmidt | |
| 08/25/2023 | Waiver | |
| |    Waiver of Service Pursuant to Texas Rule of Civil Procedure 119 - Grant Schmidt | |
| 08/25/2023 | Waiver | |
| |    Waiver of Service Pursuant to Texas Rule of Civil Procedure 119 - Grant Schmidt | |
| 08/30/2023 | Letter | |
| |    vacation dates - zLyne P Clark | |
| 09/18/2023 | Original Answer | |
| |    Defendant's Original Answer to Plaintiff's Second Amended Original Petition | |
| 10/23/2023 | Motion | |
| |    Defendant's Partial Motion to Dismiss Plaintiff's Second Amended Original Petition | |
| 11/01/2023 | Order Setting Hearing | |
| |    {Proposed} Order Setting Hearing on Defendants' Partial Motion to Dismiss - December 6, 2023 at 3:30 p.m. | |
| 11/29/2023 | Response | |
| |    Plaintiff's Response to Defendant's Partial Motion to Dismiss Plaintiff's Second Amended Original Petition w/order-sent to Judge for review | |
| 12/05/2023 | Motion | |
| |    Defendants' Reply in Support of Partial Motion to Dismiss Pklaintiff's Second Amended Original Petition - NO ORDER PROVIDED | |
| 12/06/2023 | Hearing (3:30 PM) (Judicial Officer Maguire, Patrick) | |
| 12/06/2023 | Order | |
| |    Order granting Defendant's Partial Motion to Dismiss Plaintiff's Second Amended Original Petition | |

**FINANCIAL INFORMATION**

| | | | | |
|---|---|---|---|---|
| | **Civil - Plaintiff Attorney** Clarke, Lynne P. | | | |
| | Total Financial Assessment | | | 398.00 |
| | Total Payments and Credits | | | 398.00 |
| | **Balance Due as of 01/03/2024** | | | **0.00** |
| 03/07/2023 | Transaction Assessment | | | 398.00 |
| 03/14/2023 | State Efile Credit | | | (137.00) |
| 03/14/2023 | Payment | Receipt # DC-147168 | Clarke, Lynne P. | (261.00) |